OLGA SHEA, Respondent, v. MARTIN F. SHEA et al., as Executors of WILLIAM J. SHEA, Deceased, Appellants.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.